You are viewing this page over a secure connection. Click here for more information.

# West Virginia Secretary of State — Online Data Services

## Business and Licensing

Online Data Services Help

# Business Organization Detail

NOTICE: The West Virginia Secretary of State's Office makes every reasonable effort to ensure the accuracy of information. However, we make no representation or warranty as to the correctness or completeness of the information. If information is missing from this page, it is not in the The West Virginia Secretary of State's database.

## DIVERSIFIED GAS & OIL CORPORATION

### Organization Information

| Org Type | Effective Date | Established Date | Filing Date | Charter | Class | Sec Type | Termination Date | Termination Reason |
|---|---|---|---|---|---|---|---|---|
| C | Corporation | 3/1/2019 | | 3/1/2019 | Foreign | Profit | | | |

### Organization Information

| | | | |
|---|---|---|---|
| **Business Purpose** | 5511 - Management of Companies and Enterprises - Management of Companies and Enterprises - Management of Companies and Enterprises Including Offices of Bank Holding Companies and Other Holding Companies | **Capital Stock** | |
| **Charter County** | | **Control Number** | 0 |
| **Charter State** | DE | **Excess Acres** | |
| **At Will Term** | | **Member Managed** | |
| **At Will Term Years** | | **Par Value** | |
| **Authorized Shares** | | **Young Entrepreneur** | Not Specified |

https://apps.sos.wv.gov/business/corporations/organization.aspx?org=470988

EXHIBIT B

## Addresses

| Type | Address |
|---|---|
| Local Office Address | 1800 CORPORATE DRIVE<br>BIRMINGHAM, AL, 35242 |
| Mailing Address | 1800 CORPORATE DRIVE<br>BIRMINGHAM, AL, 35242<br>USA |
| Notice of Process Address | C T CORPORATION SYSTEM<br>5098 WASHINGTON ST W STE 407<br>CHARLESTON, WV, 253131561 |
| Principal Office Address | 1800 CORPORATE DRIVE<br>BIRMINGHAM, AL, 35242<br>USA |
| Type | Address |

## Officers

| Type | Name/Address |
|---|---|
| Director | RUSTY HUTSON, JR.<br>1800 CORPORATE DRIVE<br>BIRMINGHAM, AL, 35242 |
| Director | BRADLEY GRAY<br>1800 CORPORATE DRIVE<br>BIRMINGHAM, AL, 35242 |
| President | RUSTY HUTSON, JR.<br>1800 CORPORATE DRIVE<br>BIRMINGHAM, AL, 35242 |
| Secretary | BENJAMIN M. SULLIVAN<br>1800 CORPORATE DRIVE<br>BIRMINGHAM, AL, 35242 |
| Treasurer | JAY TRIMM<br>1800 CORPORATE DRIVE<br>BIRMINGHAM, AL, 35242 |
| Type | Name/Address |

## Annual Reports

| Filed For |
|---|
| 2022 |
| 2021 |
| 2020 |
| Date filed |

https://apps.sos.wv.gov/business/corporations/organization.aspx?org=470088

EXHIBIT B

File Your Current Year Annual Report Online Here

For more information, please contact the Secretary of State's Office at 304-558-8000.

Wednesday, March 8, 2023 — 5:27 PM

© 2023 State of West Virginia

**EXHIBIT B**