IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

**SONYA ROSS, as Administratrix of the**
**Estate of ROGER DALE ROSS, II,**

    **Plaintiff,**

v.                                                   **Case No.: 2:23-cv-00208**
                                                          **Thomas E. Johnston, Chief Judge**

**DIVERSIFIED GAS & OIL CORPORATION,**
**and DIVERSIFIED PRODUCTION, LLC,**

    **Defendants.**

**FIRST SUPPLEMENT TO VERIFIED PETITION FOR**
**COURT APPROVAL OF WRONGFUL DEATH SETTLEMENT**

    Comes now, Plaintiff, by Counsel, and provides this first supplement to her previously filed Verified Petition for Court Approval of Wrongful Death Settlement (the "Petition") as follows:

    1. As indicated in paragraph 20 of the Petition, on May 2, 2024, the terms of the confidential settlement were sent to the following individuals: Alexis Ross, Isaac Ross, Alicyn Ross, Joanne Ross, and Julie Blanton. The certified mailing returns regarding those individuals are attached hereto as **Exhibit A.**

    2. As a result of this mailing, multiple, but not all, potential beneficiaries returned affidavits indicating their intentions to waive their right to any distribution of the settlement funds after receiving the confidential information. The affidavits provided are as follows:

- Alexis Ross – **Exhibit B**
- Isaac Ross – **Exhibit C**
- Alicyn Ross – **Exhibit D**
- Julie Blanton – **Exhibit E**

3. As of this date, Joanne Ross and Laurie Ross Maloy have not waived their rights to settlement funds after receiving the confidential information.

Respectfully submitted,  /s/ Samuel A. Hrko
Brian R. Swiger, Esq. (WVSB #5872)
Samuel A. Hrko (WVSB #7727)
James O. Bunn, III (WVSB #14242)
**BAILEY GLASSER, LLP**
209 Capitol Street
Charleston, WV 25301
Telephone: (304) 345-6555
Facsimile: (304) 342-1110
bswiger@baileyglasser.com
shrko@baileyglasser.com
jbunn@baileyglasser.com

*Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

**SONYA ROSS, as Administratrix of the
Estate of ROGER DALE ROSS, II,**

    **Plaintiff,**

vs.                                                   **Case No.:  2:23-cv-00208
Thomas E. Johnston, Chief Judge**

**DIVERSIFIED GAS & OIL CORPORATION,
and DIVERSIFIED PRODUCTION, LLC,**

    **Defendants.**

## CERTIFICATE OF SERVICE

    I, Samuel A. Hrko, counsel for Plaintiff, do hereby certify that on this the 29th day of May 2024, I filed the foregoing **First Supplement to Verified Petition for Court Approval of Wrongful Death Settlement** with the Clerk of this Court via the CM/ECF filing system which will send notification of such filing to counsel of record as follows:

John R. McGhee, Jr (WVSB #5205)
Margaret E. Lewis (WVSB # 10329)
**KAY CASTO & CHANEY, PLLC**
1500 Chase Tower
707 Virginia Street, East – Suite 1500
Charleston, West Virginia 25301
Telephone:  (304) 345-8900
Facsimile:  (304) 345-8909
jmcghee@kaycasto.com
mlewis@kaycasto.com

*Counsel for Defendants
Diversified Gas & Oil Corporation and
Diversified Production LLC*

Natalie Rose Atkinson
THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824
(304 )414-1800
Fax: (304) 414-1821
Email: natkinson@tcspllc.com

JB Akers, (WVSB #8083)
Akers Law Offices, PLLC
P.O. Box 11206
Charleston, WV 25339
304-720-1422
Fax: 304-720-6956
jb@akerslawoffices.com

              */s/ Samuel A. Hrko*
              Samuel A. Hrko (WVSB #7727)