IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

**SONYA ROSS, as Administratrix of the**
**Estate of ROGER DALE ROSS, II,**

    **Plaintiff,**

v.                                         **Case No.: 2:23-cv-00208**
                                               **Thomas E. Johnston, Chief Judge**

**DIVERSIFIED GAS & OIL CORPORATION,**
**and DIVERSIFIED PRODUCTION, LLC,**

    **Defendants.**

**SECOND SUPPLEMENT TO VERIFIED PETITION FOR**
**COURT APPROVAL OF WRONGFUL DEATH SETTLEMENT**

Plaintiff Sonya Ross, as Administratrix of the Estate of Roger Dale Ross, II, files this second supplement to her previously filed Verified Petition for Court Approval of Wrongful Death Settlement (the "Petition") and states as follows:

1. On May 30, 2024, the Court conducted a hearing on the Petition. (ECF Nos. 73, 87).

2. Joanne Ross and Laurie Ross Maloy, potential beneficiaries of the settlement under the applicable West Virginia wrongful death statute, appeared for the hearing in person.

3. During the hearing, Joanne Ross and Laurie Ross Maloy, along with Sonya Ross, agreed that a confidential amount[1] of settlement funds be distributed to Joanne Ross, Laurie Ross Maloy, and Julie Blanton.

4. Prior to the hearing, Julie Blanton executed an affidavit waiving any potential funds from the settlement which was filed with the Court as an exhibit to Plaintiff's First Supplement Verified Petition for Court Approval of Wrongful Death Settlement. (ECF No. 85).

---

[1] The confidential amount will be identified in the proposed order approving settlement and distribution to be submitted to the Court.

5. Julie Blanton did not attend the May 30, 2024, hearing.

6. When Julie Blanton learned that Sonya Ross agreed that a confidential amount of settlement funds would be shared between Joanne Ross, Laurie Ross Maloy, and Julie Blanton, Ms. Blanton contacted undersigned counsel via telephone.

7. Following this telephone call, Julie Blanton sent an email to undersigned counsel indicating that she "signed both sets of waiver papers and [it] was not [her] intent to receive the settlement." (**EXHIBIT A**, Email form J. Blanton to S. Hrko, May 31, 2024, 12:57 p.m.).

8. Joanne Ross and Laurie Ross Maloy have agreed to split the remainer of settlement funds that were designated to be received by Julie Blanton.

9. Accordingly, Sonya Ross, Joanne Ross, and Laurie Ross Maloy are the only distributees of the settlement funds.

10. Sonya Ross, Joanne Ross, and Laurie Ross Maloy have agreed that Joanne Ross and Laurie Ross Maloy are to receive the amounts set forth in the proposed order approving settlement and distribution to be submitted to the Court; and Sonya Ross is to receive the remainder of the net settlement funds after payment of attorneys' fees and costs as discussed and approved by the Court at the hearing on the Petition.

Respectfully submitted,

/s/ Samuel A. Hrko
Brian R. Swiger, Esq. (WVSB #5872)
Samuel A. Hrko (WVSB #7727)
James O. Bunn, III (WVSB #14242)
**BAILEY GLASSER, LLP**
209 Capitol Street
Charleston, WV 25301
Telephone: (304) 345-6555
Facsimile: (304) 342-1110
bswiger@baileyglasser.com
shrko@baileyglasser.com
jbunn@baileyglasser.com

*Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

**SONYA ROSS, as Administratrix of the
Estate of ROGER DALE ROSS, II,**

    **Plaintiff,**

vs.                                            **Case No.:  2:23-cv-00208**
                                                     **Thomas E. Johnston, Chief Judge**

**DIVERSIFIED GAS & OIL CORPORATION,
and DIVERSIFIED PRODUCTION, LLC,**

    **Defendants.**

## CERTIFICATE OF SERVICE

    I, Samuel A. Hrko, counsel for Plaintiff, do hereby certify that on this the 6th day of June 2024, I filed the foregoing **Second Supplement to Verified Petition for Court Approval of Wrongful Death Settlement** with the Clerk of this Court via the CM/ECF filing system which will send notification of such filing to counsel of record as follows:

John R. McGhee, Jr (WVSB #5205)
Margaret E. Lewis (WVSB # 10329)
**KAY CASTO & CHANEY, PLLC**
1500 Chase Tower
707 Virginia Street, East – Suite 1500
Charleston, West Virginia 25301
Telephone:  (304) 345-8900
Facsimile:  (304) 345-8909
jmcghee@kaycasto.com
mlewis@kaycasto.com

*Counsel for Defendants
Diversified Gas & Oil Corporation and
Diversified Production LLC*

Natalie Rose Atkinson
THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824
(304 )414-1800
Fax: (304) 414-1821
Email: natkinson@tcspllc.com

James R. Akers, II, (WVSB #8083)
Akers Law Offices, PLLC
P.O. Box 11206
Charleston, WV 25339
304-720-1422
Fax: 304-720-6956
jb@akerslawoffices.com

Further, the Second Supplement to Verified Petition for Court Approval of Wrongful Death Settlement was sent via U.S. Mail to the Following:

Laurie Ross Maloy
1546 3rd St., Apt. 4
Portsmouth, OH 45662

Joanne Ross
Post Office Box 1023
Piketon, OH 45661

Julie Blanton
Post Office Box 1033
Piketon, OH 45661


/s/ Samuel A. Hrko
Samuel A. Hrko (WVSB #7727)